___FILED          ___ENTERED
___LODGED         ___RECEIVED

AUG 19 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERNEST JACK,

                    Petitioner,

        v.

STATE OF WASHINGTON,

                    Respondent.

Case No. C14-153 MJP-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and

Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any

objections or responses to that, and the remaining record, finds and **Orders** as follows:

1.      The Report and Recommendation is **ADOPTED**;

2.      Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** with prejudice;

3.      Petitioner is **DENIED** issuance of a certificate of appealability; and

4.      The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this ___19th___ day of ___August___, 2014.

MARSHA J. PECHMAN
United States District Judge

14-CV-00153-ORD

ORDER OF DISMISSAL- 1